Motion Granted; Dismissed and Memorandum Opinion filed
July 28, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00284-CR

____________

 

JOHN CASEY TAYLOR, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 23rd District Court

Brazoria County, Texas

Trial Court Cause No. 62,846

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant’s request.

Accordingly, we order the appeal dismissed.  We direct the
clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App.
P. 47.2(b).